

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Daric M. Wilson<br>DEFENDANT(S). | CASE NUMBER<br>5:13-MJ-00433<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _08/23/13_____, _____, at _11:00_____ ☒ a.m. / ☐ p.m. before the Honorable _SHERI PYM_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/21/13_      _[signature]_     **SHERI PYM**
                     ~~U.S. District Judge~~/Magistrate Judge